```
1   BRUCE SCOTT DICKINSON, ESQ.
    Nevada Bar No. 002297
2   THORNDAL, ARMSTRONG, DELK,
    BALKENBUSH & EISINGER
3   1100 E. Bridger Avenue
4   Las Vegas, NV  89101
    TEL: (702) 366-0622
5   FAX: (702) 366-0327
    email:  bsd@thorndal.com
6
7   Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BINGHAM, an individual, | CASE NO. 2:21-cv-01950-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PRJUDICE** |
| LESSORS, INC., a Minnesota corporation dba XTREME TRANSPORTATION; GHOST TOWN ENTERTAINMENT, INC., a Tennessee corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STEPHEN BINGHAM and Defendants LESSORS, INC., dba XTREME TRANSPORTATION and GHOST TOWN ENTERTAINMENT, INC., by and through their respective attorneys of record, that the

…

…

…

1

above-entitled action be dismissed with prejudice.  Each party to bear their own costs and fees.

Dated this 19 day of January, 2023                Dated this 14th day of January, 2023

**THORNDAL, ARMSTRONG, DELK,**                **SAM & ASH, LLP**
**BALKENBUSH & EISINGER**

By:_____            By:_____
BRUCE SCOTT DICKINSON, ESQ.                   SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 002297                         Nevada Bar No. 13919
1100 E. Bridger Avenue                        ASHLEY M. WATKINS, ESQ.
Las Vegas, NV  89101                          Nevada Bar No. 13981
TEL: (702) 366-0622 / FAX: (702) 366-0327     1108 S. Casino Center
email:  bsd@thorndal.com                      Las Vegas, Nevada 89104
                                              Tel: (702) 820-4000 / Fax: (702) 820-4444
Attorneys for Defendants

                                              Gerald I. Gillock, Esq.
                                              Nevada Bar No. 0051
                                              **GERALD I. GILLOCK & ASSOCIATES**
                                              428 S. Fourth Street
                                              Las Vegas, Nevada 89101
                                              Tel: (702) 386-0000 / Fax: (702) 385-2604
                                              E-Mail: Gillock@gmk-law.com

                                              Timothy R. O'Reilly, Esq.
                                              Nevada Bar No. 8866
                                              **TIMOTHY R. O'REILLY, CHTD.**
                                              325 S. Maryland Parkway
                                              Las Vegas, Nevada 89101
                                              Tel: (702) 382-2500 /Fax: (702) 384-6266
                                              E-Mail: efile@torlawgroup.com

                                              Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED this** 20th **day of** January, 2023.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

2